UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-04288 JAK (MRWx) | Date | August 26, 2019 |
| Title | Paul E. Loeb v. ZipRecruiter, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Terri A. Hourigan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| William M. Pao | Andrea F. Oxman |
| | Fraser A. McAlpine |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 15)**

The motion hearing is held. The Court states its tentative view that it is inclined to grant Plaintiff's Motion to Remand (the "Motion") (Dkt. 15). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a written order will be issued.

**IT IS SO ORDERED.**

|  | : | 14 |
|---|---|---|
| Initials of Preparer | ak | |